■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. HATHAWAY, Appellant. [998 NYS2d 130]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLIN MOAR, Appellant. [998 NYS2d 130]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey, Valentino and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BRINK, Appellant. [999 NYS2d 905]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal, specifically, whether the court erred when it failed to comply with CPL 310.30 in regard to jury note No. 3. Upon our review of the motion papers, we conclude that the issue may have merit. The order of November 12, 2010 is vacated and this Court will consider the appeal de novo (see People v LeFrois, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before April 2, 2015. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN GLOVER, Appellant. [998 NYS2d 130]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.

■ TREMAIN CASON, Respondent, v KIRBY SY SMITH, III, et al., Appellants. [998 NYS2d 130]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni and Lindley, JJ.

■ In the Matter of NIAGARA PRESERVATION COALITION, INC., Appellant, v NEW YORK POWER AUTHORITY, et al., Respondents. [998 NYS2d 129]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni and Lindley, JJ.

■ In the Matter of HORNBLOWER YACHTS, LLC, Appellant, v ROSE HARVEY, Commissioner, New York State Office of Parks, Recreation and Historic Preservation, et al., Respondents. [998 NYS2d 130]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni and Lindley, JJ.